UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY BRYANT,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>DELTA GLOBAL SERVICES, et al.<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:24-cv-02828-TRJ |

## J U D G M E N T

This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and defendants' motion to dismiss, and the Court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to exhaust administrative remedies and for failure to state a claim.

Dated at Atlanta, Georgia, this 28th day of February, 2025.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By: _s/ D. Salpeter_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 28, 2025
Kevin P. Weimer
Clerk of Court

By: _s/ D. Salpeter_____
　　　Deputy Clerk